UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDELL MITCHELL ARMSTEAD, JR., <br><br> Petitioner, <br><br> v. <br><br> JASON BENNETT, <br><br> Respondent. | Case No. C24-1300-RSL <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. # 1-1) and this action are DISMISSED pursuant to 28 U.S.C. § 2244(a), as the petition constitutes an unauthorized second or successive petition and this Court therefore lacks jurisdiction to consider it.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(4) Petitioner's application to proceed *in forma pauperis* (Dkt. # 1) and all motions submitted by Petitioner in conjunction with his petition (Dkts. # 4, 5, 6) are DENIED as moot.

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

Dated this 17th day of October, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2